AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. |
|  | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

*Lance A. Clarke*
*Attorney's signature*

*Printed name and bar number*

,
*Address*

*E-mail address*

*Telephone number*

*FAX number*