UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                        :
           -against-                    :          21-CR-603 (VEC)
                                        :
GREGORY SMITH,                          :          ORDER
                                        :
                        Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 11, 2024, the parties informed the Court that they do not object to unsealing this matter.

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to UNSEAL this matter.

**SO ORDERED.**

Date: March 11, 2024
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**