UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA         :
                                 :
         -against-               :      21-CR-603 (VEC)
                                 :
GREGORY SMITH,                   :      SEALED ORDER
                                 :
                     Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 20, 2023, the parties requested that the Court schedule a sentencing hearing in this matter.

IT IS HEREBY ORDERED that Mr. Smith will be sentenced on **Wednesday, March 20, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' sentencing submissions and any motion to close the courtroom or unseal this case are due by **March 6, 2024.**

SO ORDERED.

Date: November 20, 2023
      New York, NY

_____
VALERIE CAPRONI
United States District Judge