

48 Wall Street, Suite 1100  
New York, NY 10005

**Lance Clarke**  
Managing Partner  
Clarke@HCLLPLaw.com

Tel: 212-729-0952  
www.HCLLPLaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/25/2024
```

The Honorable Valerie E. Caproni  
United States District Judge  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Sq.  
New York, NY 10007

June 25, 2024

**MEMO ENDORSED**

<u>Re: United States v. Gregory Smith, 21-CR-603-VEC</u>

Dear Judge Caproni:

On May 3, 2024, Mr. Smith was sentenced to time served with two-and-a-half years of supervised release. Your Honor imposed no restrictions on Mr. Smith's travel within the United States, provided he give advance notice, and left open the possibility that he could be granted permission to travel internationally in the future.

Recently, Mr. Smith was contacted by Pretrial Services, who informed him that if he did not request his passport be released to him by the end of the week, it would be forfeit. We write today to request the release of Mr. Smith's passport to him. Mr. Smith does not have plans to travel internationally currently, but rather seeks to avoid the hassle of having to apply for a new passport in the future. The Government does not object to this request.

Thank you for your time and attention to this request and I am available should Your Honor wish to discuss further.

Respectfully submitted,

*Lance Clarke*  
_____  
Lance Clarke, Esq.

Application GRANTED.

SO ORDERED.

*Valerie Caproni*  
06/25/2024

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE